# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1629EM

_____

Dionne P. Maide,

      Appellant,

  v.

First Bank/First Services,

      Appellee.

\*
\*   On Appeal from the United
\*   States District Court
\*   for the Eastern District
\*   of Missouri.
\*
\*   [Not to be Published]
\*
\*

_____

Submitted:  September 1, 1999

Filed:  September 13, 1999

_____

Before McMILLIAN, RICHARD S. ARNOLD, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Dionne Maide appeals from the District Court's[1] order dismissing her action without prejudice for failure to comply with the District Court's orders.  After careful review of the record and the parties' submissions, we conclude that the District Court did not abuse its discretion, and that an extended opinion is not warranted.

_____

[1]The Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.